**Order entered April 3, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01272-CV

**INTO THE SUNSET REVOCABLE LIVING TRUST, Appellant**

**V.**

**DESIGN TECH HOMES LP, Appellee**

**On Appeal from the 274th District Court**
**Comal County, Texas**
**Trial Court Cause No. C2017-2027C**

## ORDER

Before the Court is appellee's first unopposed motion for extension of time to file its brief in response. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than May 13, 2019.

/s/    BILL WHITEHILL
        JUSTICE